Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
# Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
LOUIS, EVENS H
**SSN:** XXX-XX-9293
**EIN:** N/A
AKA  EVENS HANDEL LOUIS
5737 KANAN RD APT 233
AGOURA HILLS, CA 91301-1601

**BANKRUPTCY NO.** SV 04-16277-GM

**CHAPTER** 7

It appearing that the debtor is entitled to a discharge, IT IS ORDERED:  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Date: January 3, 2005

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98)  VAN-30

30 /VMC

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are.

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-1           User: VMC              Page 1 of 1            Date Rcvd: Jan 04, 2005
Case: 04-16277-GM              Form ID: VAN-30        Total Served: 22
```

The following entities were served by first class mail on Jan 06, 2005.
```
D         LOUIS, EVENS  H,    5737 KANAN RD APT 233,    AGOURA HILLS, CA 91301-1601
DA       +TYSON TAKEUCHI,    3699 WILSHIRE BLVD #1260,    LOS ANGELES, CA 90010-2719
T        +DAVID SEROR,    1925 CENTURY PK E 16TH FLR,    LOS ANGELES, CA 90067-2701
2         CAINE AND  WEINER,    15025 OXNARD ST,    VAN NUYS, CA 91411-2613
5         CMRE FINANCIAL SERVICES INC,    3350 E BIRCH ST STE 200,    BREA, CA 92821-6267
6         FINANCIAL CREDIT NETWO,    1300 W MAIN ST,    VISALIA, CA 93291-5825
7         GE CARD CO,    PO BOX 105981,    ATLANTA, GA 30353-5981
8         NCO FIN /99,    PO BOX 41466,    PHILADELPHIA, PA 19101-1466
9         NISSAN FINANCING,    2901 KINWEST PKWY,    IRVING, TX 75063-3134
10        PROF BUS SER,    1171 E ASH AVE,    FULLERTON, CA 92831-5017
11        SCE,    PO BOX 750,    ROSEMEAD, CA 91770-0750
12        TEXAS GUAR STUDENT LOA,    301 SUNDANCE PKWY,    ROUND ROCK, TX 78681-8004
13        U S DEPT OF ED/FISL/AT,    PO BOX 4222,    IOWA CITY, IA 52244-4222
14        US DEP ED,    DIRECT LOAN SVC SYSTEM,    UTICA, NY 13502
15        TAX COLLECTOR'S OFFICE,    COUNTY OF VENTURA,    800 SOUTH VICTORIA AVE,    VENTURA, CA 93009-0001
16        LOS ANGELES CITY CLERK,    P. O. Box 53200,    LOS ANGELES, CA 90053-0200
18        EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
             SACRAMENTO, CA 94280-0001
19       +UNITED STATES TRUSTEE,    21051 WARNER CENTER LANE, SUITE 115,    WOODLAND HILLS, CA 91367-6550
```

The following entities were served by electronic transmission on Jan 04, 2005 and receipt of the transmission was confirmed on:
```
1           EDI: ARROW.COM Jan 04 2005 20:18:00       ARROW FINCL,    8589 AERO DR STE 600,
             SAN DIEGO, CA 92123-1722
3          +EDI: CAPITALONE.COM Jan 04 2005 20:18:00       CAPITAL ONE BANK,    PO BOX 85015,
             RICHMOND, VA 23285-5015
4           EDI: CAPITALONE.COM Jan 04 2005 20:18:00       CAPITAL ONE BANK,    PO BOX 85520,
             RICHMOND, VA 23285-5520
17          EDI: CALTAX.COM Jan 04 2005 20:18:00       FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,   P. O. BOX  2952,
             SACRAMENTO, CA 95812-2952
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 06, 2005**                    **Signature:** _Joseph Speetjens_